77,379-02

Daniel Ray Ramirez 76914-079
U.S.P.Canaan
P.O.Box 300
Waymart , Pa.18472

August 11.2015

Dear Clerk of Court
Court of Criminal Appeals
State of Texas
Box 12308,Capitol Station
Austin Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

RE:  97-6-16951-D-2 EX PARTE: DANIEL RAMIREZ

Dear Mr. Acosta:


This missive is in the concern of the above case..
The District Court sent me a response, of the denial and the
misconstruing of my motion. I file a response opposing to that
motion.. Objection to the denial of relief.. The Petition was
sent out under Mail Box Rule Houston v. Lack.. The day in Which
the letter was placed into the hand of Authorities.Signed and
dated on 8-4-15 .
My concern and question to the Appeals Court is, Did your Office
recieve that additional Petition 1107 ??

If your office did not recieve the Petition/Motion please notify
me and i will send the additional motion, or request the response
from the District Court please.

All responses are critical at this point and very well needed..

Yours Truly,

Daniel Ray Ramirez

Daniel Ray Ramirez
U.S.P. Canaan
P.O.Box 300
Waymart , Pa.18472

Victoria County District Attorney's Office
205 N. Bridge Street Ste 301
Victoria,Texas 77901

Hon. Eli E. Garza
Judge of the 377th Judicial District Court
Victoria County
Victoria , Texas 77901